RECEIVED BY MAIL
AUG 16 2006
U S DISTRICT COURT
EASTERN DISTRICT
ST LOUIS

Case: 4:04-cr-00298-HEA   Doc. #: 45   Filed: 08/16/06   Page: 1 of 3 PageID #: 85

received
8-16-06 BAD
4:04CR 298 ERW

8-13-06

hellow, Judge Webber, I am writeing you. About. The 500. hours Drug program I suspose to has taken. when you. sentences me on (1-27-05.) They won't let me go to no FCI to take the Drug program. my case manager Kevin Beaver told. me I got to go home from. here. I only got 16. months left Now? Do I have to take It once. I leave here. or. what? you. sentences me to spring field. or. Rochester Minn, they end. up sending me to Leaven worth K.S. U.S. penitentiary. Do I have to take It once. I get out could. you. write me back and let me know. Do I have to take It once, I get Release from BoP? This have been the hardest 58. months I ever. Did. you. all don't have to worry about me ever comming Back. to federal. prison again. I need The Drug program, cause every time I get on drugs I set my-self. into Big shit, please let me know what. I suspose to. Do. or I have to go throu my probation officer, for It.

I also got 3 years supervisey Release once, I get out, my case manager gave me 5. months half-way house? I do not suspose to be in no U.S. penitentiary you. did not sentence me to that. I got 29 months in Jail. Reavy on 58. months, I know. It won't be so easy next time, I also An't Forgot what you told me, you told me to stay. Away. From that VA. hospital I Took. heat to every. Thing you. Told. me cause, I don't never won't to come back to prison ever again, you gave me a. hell of a break? I won't to do whats right once, I get out. Thats why I need for you to let me know. what I suspose to do about the. Drug. program?" Plus I won't every trade they got to offer me, once I get out? Prison is no place for me to be, I am trying hard to get my Life. back. Together Mr. Webber. I need the Drug. program, I don't won't to have to come back to Federal. prison ~~~~ ever. Again if I can help from it please contack me. back soon

RICHARD LEE RUSSELL
Name
#27182-044
Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☒ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

TERRE HAUTE IN 478
PM 14 AUG 2006

To me Judge Richard E. Webber
United. State. District court
Judge, Eastern District court
Missouri.

St. Louis m

RECEIVED
BY MAIL
AUG 16 2006
U S DISTRICT COURT
EASTERN DISTRICT OF MO

Court-Room 12th Floor